IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION


MICHAEL O'BRIEN,                          09-CV-1148-JE

              Plaintiff,               ORDER

v.

J.E. THOMAS, WOMELDORF, BURNS,
LANE, and McMANN,

             Defendants.

MICHAEL O'BRIEN
#59924-065
FDC Sheridan
P.O. BOX 6000
Sheridan, OR 97378

           Plaintiff, *Pro Se*


1 - ORDER

**DWIGHT C. HOLTON**
United States Attorney
**ADRIAN L. BROWN**
Assistant United States Attorney
District of Oregon
1000 S.W. Third Avenue
Suite 600
Portland, OR 97204

       Attorneys for Defendants


**BROWN, Judge.**

     Magistrate Judge John Jelderks issued Findings and Recommendation (#26) on April 26, 2011, in which he recommends this Court grant Defendants' Motion (#21) to Dismiss and dismiss Plaintiff's Complaint with prejudice.  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

     Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*.  *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*).  *See also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988).  Having reviewed the legal principles *de novo*, the Court does not find any error.

2 - ORDER

<u>**CONCLUSION**</u>

The Court **ADOPTS** Magistrate Judge Jelderks's Findings and Recommendation (#26).  Accordingly, the Court **GRANTS** Defendants' Motion (#21) to Dismiss and **DISMISSES** this matter **with prejudice.**

IT IS SO ORDERED.

DATED this 13th day of June, 2011.


/s/ Anna J. Brown

_____
ANNA J. BROWN
United States District Judge

3 – ORDER