IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **MICHAEL O'BRIEN,** | **09-CV-1148-JE** |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **J.E. THOMAS, WOMELDORF, BURNS, LANE, and McMANN,** | |
| Defendants. | |

Based on the Court's Opinion and Order (#28) issued June 13, 2011, the Court **DISMISSES** this matter **with prejudice**.

DATED this 13th day of June, 2010.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

1 - JUDGMENT